UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PATRICK KELLETT, et al., )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>B.O. GRAHAM PLUMBING & HEATING )<br>CO., INC., )<br>)<br>Defendant(s). ) | Case No. 4:09CV00886 ERW |

## **ORDER**

Upon review of the Court file, the Court notes that there has been no activity from Defendant B.O. Graham Plumbing & Heating Co., Inc., since service upon said Defendant.

**IT IS HEREBY ORDERED** that Plaintiffs shall file, no later than **July 31, 2009**, appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration, as to said Defendant.

Dated this 8th day of July, 2009.

_E. Richard Webber_
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE